TIMOTHY M. BECHTOLD
Rossbach, Hart, Bechtold, PC
401 N. Washington
P.O. Box 8988
Missoula, Montana 59807
tel: (406) 543-5156; fax: (406) 728-8878
tim@rossbachlaw.com

DONALD B. MOONEY (SBN 153721)
Law Office of Donald B. Mooney
129 C Street, Suite 2
Davis, California 95616
tel: (530) 758-2377; fax: (530) 758-7169
dmooney@dcn.org

Attorneys for Plaintiff

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone No: (415) 436-6967
  Facsimile No:  (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | ) CIVIL NO. 05-02220 SI <br> ) <br> ) <br> ) <br> ) **STIPULATION AND [PROPOSED] ORDER** <br> ) <br> ) <br> ) <br> ) |

WHEREAS Plaintiff filed this suit against the United States Forest Service challenging a

Forest Service decision to remove certain burned timber on approximately 169 acres within the

Sims fire area on the Six Rivers National Forest;

WHEREAS another suit, entitled <u>Environmental Protection and Information Center, et al., v. United States Forest Service</u>, Civil No. 05-02227 WDB, was filed shortly after this suit challenging the same Forest Service decision;

WHEREAS the parties here agree that the two cases are related and Plaintiffs in <u>Environmental Protection and Information Center, et al., v. United States Forest Service</u>, Civil No. 05-02227 WDB, have filed a notice of related case stating that they believe that action is related to this case and should be assigned to the Honorable Susan Illston;

WHEREAS the Forest Service wants to award a contract to the highest bidder immediately, but is willing to hold off on awarding until a hearing on a motion for a preliminary injunction, provided that the hearing is no later than June 22, 2005;

WHEREAS the parties agree that it would be more efficient to not have an immediate TRO hearing followed shortly thereafter by a preliminary injunction hearing, but instead to only have a hearing on a preliminary injunction motion;

NOW THEREFORE, the parties hereby stipulate as follows:

1. The parties stipulate that the two cases are related and that they should therefore be assigned to the judge who was assigned the first of the two cases, namely Judge Illston;

2. The parties stipulate that Plaintiff will file its motion for preliminary injunction by June 13, 2005, and Defendant will file its opposition to that motion on June 20, 2005, with both sides ensuring that opposing counsel will receive their papers on the day of filing. The parties further stipulate that the hearing be held on June 22, 2005. Defendant stipulates that it will not award the contract before the hearing on June 22, 2005.

Respectfully submitted,

Date: 6/9/05    s/Timothy M. Bechtold
TIMOTHY M. BECHTOLD

Of Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER; CIVIL NO. 05-02220 SI    2

|   |   |   |
|---|---|---|
| | | KEVIN V. RYAN<br>United States Attorney |
| Date: 6/9/05 | | s/James A. Coda<br>JAMES A. CODA<br>Assistant United States Attorney |
| | | Attorneys for Defendant |

Defendant's counsel attests that the wording of this document is acceptable to Plaintiff's counsel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

*IT IS SO ORDERED*
*Judge Susan Illston*
(United States District Court, Northern District of California seal)