IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendant.　　　　　　　　　／ | No. C 05-02220 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

　　　　In light of the Ninth Circuit's decision in *Earth Island Institute v. Ruthenbeck*, -- F.3d --, 2006 WL 2291168 (9th Cir. 2006), plaintiff is hereby ORDERED to show cause why this case should not be dismissed for lack of jurisdiction.

　　　　**IT IS SO ORDERED.**

Dated: September 5, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge