MARC D. FINK
Forest Service Employees for Environmental Ethics
4515 Robinson Street
Duluth, Minnesota 55804
tel: (218) 525-3884; fax: (218) 525-3857
marc@marcdfink.com

DONALD B. MOONEY (SBN 153721)
Law Office of Donald B. Mooney
129 C Street, Suite 2
Davis, California 95616
tel: (530) 758-2377; fax: (530) 758-7169
dmooney@dcn.org

Attorneys for Plaintiff

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone No: (415) 436-6967
  Facsimile No: (415) 436-6748
  james.coda@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | ) CIVIL NO. 05-02220 SI <br> ) <br> ) <br> ) <br> ) **STIPULATION AND** <br> ) **[PROPOSED] ORDER** <br> ) <br> ) <br> ) <br> ) |

    WHEREAS all claims in this case were dismissed except for FSEEE's *ultra vires* challenge to the Forest Service regulations at 36 C.F.R. Part 215.

    WHEREAS that challenge has been stayed pending a ruling by the Ninth Circuit in <u>Earth</u>

1 | Island Institute v. Ruthenbeck, Nos. 05-16975 and 17078 (9th Cir.);

2 |     WHEREAS the two appeals in that case were decided by the Ninth Circuit on August 10,
3 | 2006, Earth Island Institute v. Ruthenbeck, __ F.3d __ , 2006 WL 2291168;

4 |     WHEREAS the Ninth Circuit held that 36 C.F.R. § 215.12(f) is invalid;

5 |     WHEREAS the Federal Government does not agree with the decision and it is presently
6 | considering whether to seek further review of the decision, including a petition for rehearing by
7 | the Ninth Circuit and/or a petition for writ of certiorari from United States Supreme Court; and

8 |     WHEREAS the parties would like the Court to extend the stay of FSEEE's *ultra vires*
9 | challenge to the Forest Service regulations at 36 C.F.R. Part 215 in this case until the Federal
10 | Government has had an opportunity to seek further review of the Ninth Circuit decision;

11 |     NOW THEREFORE, the parties stipulate as follows:

12 |     1. The parties agree that the stay on FSEEE's *ultra vires* challenge to the Forest Service
13 | regulations at 36 C.F.R. part 215 should be extended until November 8, 2006, the deadline for
14 | the Federal Government to file a petition for a writ of certiorari from the United States Supreme
15 | Court to review the Ninth Circuit's ruling in Earth Island Institute v. Ruthenbeck, __ F.3d __ ,
16 | 2006 WL 2291168.

17 |     2. The parties further agree that if the Federal Government files a petition for rehearing
18 | or for a writ of certiorari the stay should be extended until the Federal Government has
19 | exhausted all appeals;

20 |     3. The parties further agree that they will continue to file a Joint Status Report every 60
21 | days from the date the Court's Order entered on January 9, 2006, informing the Court of the
22 | current status of the Federal Government's petition for rehearing or writ or certiorari, if any.

23 |     Respectfully submitted,

25 | Date: 9/1/06                              s/Marc D. Fink
26 |                                           MARC D. FINK
27 |                                 Of Attorneys for Plaintiffs

28 | STIPULATION AND [PROPOSED] ORDER; CIVIL NO. 05-02220 SI     2

KEVIN V. RYAN
United States Attorney

Date: 9/1/06                             s/James A. Coda
                                         JAMES A. CODA
                                         Assistant United States Attorney

                                         Attorneys for Defendant

 Defendant's counsel attests that the wording of this document is acceptable to Plaintiff's counsel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____
                                         _____
                                         SUSAN ILLSTON
                                         U.S. District Judge