IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE,<br><br>            Defendant.<br>_____ / | No. C 05-02220 SI<br><br>**ORDER TO PROVIDE JOINT STATUS REPORT** |

This action is currently stayed pending the outcome of *Earth Island Institute v. Ruthenbeck*, -- F.3d --, 2006 WL 2291168 (9th Cir. 2006).

On March 12, 2007, the parties represented that on or before May 11, 2007 they would file a Joint Status Report, concerning the status of their cross-petitions for rehearing in the *Earth Island Institute v. Ruthenbeck* case. To date no such Report has been filed.

**The parties are ORDERED to file such a Report on or before May 31, 2007.**

**IT IS SO ORDERED.**

Dated: May 24, 2007

SUSAN ILLSTON
United States District Judge