TIMOTHY M. BECHTOLD
ROSSBACH HART BECHTOLD, P.C.
401 N. Washington, P.O. Box 8988
Missoula, Montana 59807
Telephone: (406) 543-5156
Facsimile: (406) 728-8878
Email: tim@rossbachlaw.com

Attorneys for Plaintiff

SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
LETITIA R. KIM (California Bar No. 200142)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: letitia.r.kim@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No. C 05-2220 SI<br><br>STIPULATED REQUEST FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE JOSEPH SPERO |

The parties jointly request that the Court refer them to Magistrate Judge Joseph C. Spero for a settlement conference to resolve the issue of attorneys' fees. Because current defense counsel is scheduled to go on maternity leave shortly and new counsel will be substituting in her place, the parties request that any settlement conference not occur before late September 2007.

/ / /

/ / /

/ / /

Stip. Req. for Sett. Conf. w/Judge Spero
Case No. C 05-2220 SI                                           -1-

| | | |
|---|---|---|
| 1 | DATED: August 2, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| | | /s/ |
| | | _____ |
| | | LETITIA R. KIM<br>Assistant United States Attorney<br>Attorneys for Defendant |

ROSSBACH HART BECHTOLD, P.C.

/s/
_____
TIMOTHY M. BECHTOLD
Attorneys for Plaintiff

Late September 2007 or
October 2007

