SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7161
FAX: (415) 436-7169
stephen.johnson1@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, | ) ) ) | No. C 05-2220 SI |
| Plaintiff, | ) ) | [PROPOSED] **ORDER APPROVING STIPULATION TO CONTINUE** |
| v. | ) ) | **HEARING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |
| UNITED STATES FOREST SERVICE, | ) ) | |
| Defendant. | ) ) ) | |

The Court, having considered the parties' Stipulation to Continue Hearing on Plaintiff's

Motion for Attorney's Fees, and good cause appearing, hereby ORDERS as follows:

1.      The hearing on plaintiff's motion for fees shall be set on December 21, 2007, at

9:00 a.m., before the undersigned.

2.      Plaintiff shall file and serve papers in support of its motion for attorney's fees no

later than November 16, 2007, opposition by defendant shall be served and filed by

\\\

\\\

[PROPOSED] ORDER APPROVING STIPULATION
C 05-2220 SI

1    November 30, 2007, and any reply by plaintiffs shall be served and filed by December 7, 2007.

2          IT IS SO ORDERED.

3

4

5                                        _____

6                                        SUSAN ILLSTON
                                         UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING STIPULATION
C 05-2220 SI