```
1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7161
7      FAX: (415) 436-7169

8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | No. C 05-2220 SI<br><br>[proposed] **ORDER APPROVING STIPULATION ON MOTION FOR ATTORNEY'S FEES** |

    The Court, having considered the Stipulation on Motion for Attorney's Fees, and good cause appearing, hereby APPROVES the stipulation.

    IT IS SO ORDERED.

Dated:

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION ON MOTION FOR FEES
C 05-2220 SI